IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JACQUELINE SANTOS GARCIA, et al., | * | |
| | * | |
| Petitioners, | * | Civil Action No. GLR-26-616 |
| v. | * | |
| PAMELA BONDI, et al., | * | |
| Respondents. | * | |
| | * | |
| | *** | |

# ORDER

The Court is in receipt of the Parties' Joint Notice filed February 20, 2026 (ECF No. 11). The Parties advise that the factual and legal issues in this case do not differ materially from those in <u>Velasquez v. Noem</u>, No. GLR-25-3215, 2025 WL 3003684 (D.Md. Oct. 27, 2025), <u>Villanueva Funes v. Noem</u>, No. TDC-25-3860, 2026 WL 92860 (D.Md. Jan. 13, 2026), and <u>Leal-Hernandez v. Noem</u>, No. JRR-25-2428, 2025 WL 2430025 (D.Md. Aug. 24, 2025). (Joint Notice at 1–2, ECF No. 11).[1] In <u>Velasquez</u>, <u>Villanueva Funes</u>, and <u>Leal-Hernandez</u>, the habeas petitions concerned whether a noncitizen who is present in the United States without inspection or admission is subject to mandatory detention without bond under 8 U.S.C. § 1225(b) or discretionary detention with the possibility of bond under 8 U.S.C. § 1226(a). <u>Velasquez</u>, 2025 WL 3003684, at *4–7; <u>Villanueva Funes</u>, 2026 WL 92860, at *4; <u>Leal-Hernandez</u>, 2025 WL 2430025, at *8.

---

[1] Unless otherwise noted, citations to the page numbers refer to the pagination assigned by the Court's Case Management/Electronic Case Files ("CM/ECF") system.

Respondents Nikita Baker, Pamela Bondi, and Kristi Noem ask to incorporate their briefings in those cases in lieu of further briefing. (Joint Notice at 1–2). Although the Parties disagree on whether immediate release is warranted and wish to state their positions at a hearing (id. at 2), as outlined below, the Court finds a hearing is not necessary at this time and will instead order a bond hearing under 8 U.S.C. § 1226(a) and will grant release if the bond hearing is not held within the timeframe outlined below.

The Court finds that the facts and legal issues of this case are not materially different from those presented in Velasquez, Villanueva Funes, and Leal-Hernandez and will not require further briefing from the Parties. The Court incorporates by reference the analyses in those cases and based on the reasonings therein, will grant Petitioners Jacqueline Santos Garcia and Marco Tulio Rompich Espinal's Petition for Writ of Habeas Corpus (ECF No. 1). See Velasquez, 2025 WL 3003684, at *4–7; Villanueva Funes, 2026 WL 92860, at *4 (citing Maldonado v. Baker, No. TDC-25-3084, 2025 WL 2968042, at *8–10 (D.Md. Oct. 21, 2025)); Leal-Hernandez, 2025 WL 2430025, at *8–10. Accordingly, it is this 23rd day of February, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED that Jacqueline Santos Garcia and Marco Tulio Rompich Espinal's Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED in that:

1. Respondents are ENJOINED from detaining Jacqueline Santos Garcia and Marco Tulio Rompich Espinal under 8 U.S.C. § 1225(b).

2. Jacqueline Santos Garcia and Marco Tulio Rompich Espinal shall be AFFORDED a bond hearing before an Immigration Judge ("IJ") under 8

      U.S.C. § 1226(a) within ten (10) days of the date of this Order; the bond hearing need not take place in Maryland.

3.     The bond hearing shall be conducted under 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.l, 1003.19, and 1236.l, and Respondents shall PROVIDE Jacqueline Santos Garcia and Marco Tulio Rompich Espinal with any other process due to them under these provisions.

4.     Jacqueline Santos Garcia and Marco Tulio Rompich Espinal shall FILE a status report with the Court if no bond hearing is held within ten (10) days of the date of this Order.

IT IS FURTHER ORDERED that Jacqueline Santos Garcia and Marco Tulio Rompich Espinal's Petition (ECF No. 1) is DENIED as to any further relief they seek at this time;

IT IS FURTHER ORDERED that the hearing previously scheduled for February 23, 2026 is CANCELLED;

IT IS FURTHER ORDERED that the Court shall RETAIN jurisdiction of this matter to enforce compliance with this Order; and

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this order to all counsel of record.

                                                  /s/
                                    George L. Russell, III
                                    Chief United States District Judge